**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                        Petitioner,                    24 **CIVIL** 1321 (ER)

    -against-                                **JUDGMENT**

EVERLAST SCAFFOLDING INC.,

                        Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 25, 2025, Petitioners motion to confirm the Award is GRANTED, and Everlast's cross-motion to vacate the Award is DENIED. Petitioners are instructed to submit their fee application and corresponding billing records to the Court by April 8, 2025. Accordingly, the case is closed.

**Dated**: New York, New York
         March 25, 2025

                                                  **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                            **BY:**

                                                        **Deputy Clerk**