UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

**ORDER**

24-cv-1321 (ER)

Petitioners,

– *against* –

EVERLAST SCAFFOLDING INC,

Respondent.

RAMOS, D.J.:

Petitioners filed a motion for attorneys' fees and costs and entry of a money judgment inclusive of prejudgment interest on April 4, 2025. Doc. 33. To date, Respondent has not filed a response. Respondent is directed to file an opposition to Petitioners' motion by January 23, 2026. Failure to do so will result in the motion being deemed unopposed.

It is SO ORDERED.

Dated:    January 11, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.