**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, and THE
CARPENTER CONTRACTOR ALLIANCE
OF METROPOLITAN NEW YORK,

|  |  |
|---|---|
| Petitioners, | 24 **CIVIL** 1321 (ER) |
| -against- | **JUDGMENT**<br>**For Attorney's Fees and Costs** |
| EVERLAST SCAFFOLDING INC., |  |
| Respondent. | |

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 9, 2026, Petitioners' motion for attorneys'

fees and costs is GRANTED. Prejudgment interest on the final award of $361,680.82 at a rate of

10.25% per annum, accruing from October 5, 2023 through March 25, 2025 in the amount of

$54,541.96. Judgment is hereby entered in favor of Petitioners in the amount of $416,222.78

with interest plus $10,287.70 in attorney's fees and costs in the amount of $714.65 for a total

sum of $427,225.13.

**Dated:** New York, New York
         March 9, 2026

**TAMMI M. HELLWIG**
_____
Clerk of Court

BY:

_____
Deputy Clerk